179 So.2d 16

**Charles V. MANCUSO**

v.

**Philip C. TREADAWAY.**

No. 47911.

Oct. 21, 1965.

In re: Philip C. Treadaway applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 176 So.2d 731.

The application is denied. According to the facts as found to be by the Court of Appeal, the result reached by the Court of Appeal is correct.

179 So.2d 17

**Dr. Howard SENSAT**

v.

**STATE FARM FIRE AND CASUALTY COMPANY.**

No. 47912.

Oct. 21, 1965.

In re: State Farm Fire and Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 176 So.2d 804.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.